■ In the Matter of JOSEPH L. COLP, a Suspended Attorney.

[621 NYS2d 864] —Upon the Court's own motion, examination directed. No opinion. Concur—Rosenberger, J. P., Wallach, Rubin and Asch, JJ.